# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 2:17-CR-23-1FL

**ALLAH DEANGELO BURNS**

On March 10, 2015, the above-named defendant, who was originally sentenced in the District of South Carolina, was released from prison and immediately commenced a 5-year term of supervised release in the District of South Carolina. The offender's supervised release was subsequently transferred to the Eastern District of North Carolina on October 17, 2017. Jurisdiction of the case was transferred to the Eastern District of North Carolina on November 8, 2017. The offender is currently in compliance with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield  
Dwayne K. Benfield  
Supervising U.S. Probation Officer

/s/ Lakesha H. Wright  
Lakesha H. Wright  
U.S. Probation Officer  
306 East Main Street, Room 306  
Elizabeth City, NC 27909-7909  
Phone: 252-335-5508  
Executed On: August 29, 2019

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __29th__ day of __August__, 2019.

Louise W. Flanagan  
U.S. District Judge